IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    09-CV-00561-WYD-MJW

LOYD SHORT, II;
CORRE SHORT;
LOYD SHORT; AND
COLORADO CROSS-DISABILITY COALITION, A Colorado corporation,

Plaintiffs,

v.

THE CITY OF FEDERAL HEIGHTS, including its Municipal Court and Police Department,

Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND THE DEFENDANT'S ANSWER (Docket No. 12)

---

This matter is before the Court on Defendant's Unopposed Motion to Amend its Answer and, the Court being fully advised in the matters set forth therein,

It is hereby ORDERED that the motion is GRANTED and the Court deems the Amended Answer and Jury Demand to have been filed. As of the Date of This Order,

Dated July 29, 2009.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO