IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-CV-00561-WYD-MJW

LOYD SHORT, II;
CORRE SHORT;
LOYD SHORT; AND
COLORADO CROSS-DISABILITY COALITION, A Colorado corporation,

Plaintiffs,

v.

THE CITY OF FEDERAL HEIGHTS, including its Municipal Court and Police Department,

Defendant.   ( Docket No. 17 )

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**

This matter comes before the Court on the parties Stipulated Motion to Amend the Scheduling Order. The Court, having review the Motion, and being otherwise fully advised in the premises, hereby grants said Motion and orders that the following deadlines are extended by 90 days: discovery cutoff April 29, 2010, dispositive motions due May 31, 2010, expert disclosures due January 13, 2010, rebuttal expert disclosures due March 1, 2010 and written discovery to be sent by March 28, 2010.

Dated: October 9, 2009.

United States District Court

_____
Magistrate Judge Watanabe