IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00561-WYD-MJW

LOYD SHORT, II;
CORRIE SHORT;
LOYD SHORT; and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

      Plaintiffs,

v.

THE CITY OF FEDERAL HEIGHTS, including its Municipal Court and Police Department,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation of Dismissal of Claims Against the City of Federal Heights, filed December 30, 2009 [#19].  Upon review of the Stipulation and the file herein, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

      Dated:  January 5, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge